WALKER J. BURNS, Individually and as Administrator of the Estate of MILDRED T. BURNS, Deceased, Respondent, *v.* JOHN G. TURNBULL et al., Appellants, et al., Defendants.

Argued June 13, 1945; decided July 19, 1945.

*John G. Turnbull* for appellant.

*Arthur T. Schmidt* and *Dudley C. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE. JJ.